### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALAN LOREFICE,**

        **Plaintiff,**

    **vs.**                                     **1:21-CV-01367 (MAD/CFH)**

**STATE OF NEW YORK, and DEPARTMENT
OF ENVIRONMENTAL CONSERVATION,**

        **Defendants.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for a judgment on the pleadings (Dkt. No. 13) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 18th day of August, 2022.

DATED: August 18, 2022

                                                     _____
                                                     Clerk of Court

                                                     s/Britney Norton
                                                     Deputy Clerk